# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2022-2232

_____

ANDRE K. MCKENZIE,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Leon County.
Kevin J. Carroll, Judge.

January 10, 2024

PER CURIAM.

Appellant challenges his convictions and sentences for first degree murder and second degree attempted murder claiming error in admitting certain statements. The testimony that one of the victims identified Appellant as the shooter was properly admitted as a statement of identification and was not hearsay. *See* § 90.801(2)(c), Fla. Stat. (2022). The statement that Appellant intended to go to a cell phone store was not offered for truth of the matter asserted, and so it was also not hearsay. *See* § 90.801(1)(b), Fla. Stat. The statement made by one of the victims while Appellant loaded his firearm was properly admitted under the excited utterance exception to the hearsay rule. *See* § 90.803(2), Fla. Stat. Finally, there was no error in assessing the costs, and Appellant waived his right to object to the restitution ordered.

AFFIRMED.

OSTERHAUS, C.J., and ROWE and BILBREY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Jessica J. Yeary, Public Defender, and Kathryn Lane, Assistant Public Defender, Tallahassee, for Appellant.

Ashley Moody, Attorney General, and Virginia Chester Harris, Senior Assistant Attorney General, Tallahassee, for Appellee.